UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DEON TURNER, JR.,<br><br>        Plaintiff,<br><br>   v.<br><br>WILLIAM J. SULLIVAN, et al.,<br><br>        Defendants. | 1:17-cv-01737-MJS (PC)<br><br>**ORDER TO SUBMIT APPLICATION**<br>**TO PROCEED IN FORMA PAUPERIS**<br>**OR PAY FILING FEE WITHIN 45 DAYS** |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has not paid the $400.00 filing fee or submitted an application **on the appropriate form** to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff may not proceed in the action without doing one or the other. Plaintiff was notified of this deficiency by the District Court of Hawaii before the case was transferred to the Eastern District of California. (ECF No. 4.)

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**.  **Failure to comply with this order may result in dismissal of this action.**

IT IS SO ORDERED.

Dated:  __March 27, 2018__        /s/ *Michael J. Seng*

                                 UNITED STATES MAGISTRATE JUDGE

1